UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DERMATOLOGY ASSOCIATES
OF BAY COUNTY P.A.
P/S PLAN,

    Plaintiff,

vs.                                  CASE NO.: 5:05cv42/MCR/EMT

IMPERIAL RUBBER INDUSTRIES,
INC., et al.,

    Defendants.
_____/

**O R D E R**

    Pursuant to Plaintiff's Corrected Motion For Stay (doc. 44), the Court stayed proceedings for the requested sixty (60) days and continued the trial previously set on the September 12, 2005, trial docket to the November 14, 2005, trial docket.[1]  This matter is now brought before the Court on Plaintiff's Notice of Conflict with Trial Dates. (Doc. 49).

    The Court finds that Plaintiff's notice is insufficient for consideration.  If any party wishes this Court to consider a potential trial or other calendar conflict, the conflict must be described with specificity, including any case style, the name of the court in which it is pending, the particular conflicting proceeding, and when such proceeding was scheduled.

    **DONE** this 24th day of August, 2005.

                                                   *s/ M. Casey Rodgers*
                                                   **M. CASEY RODGERS**
                                                   **UNITED STATES DISTRICT COURT**

---

[1] The Court notes that discovery has ended and the time for filing dispositive motions has elapsed. Although the Court stayed proceedings in this case, this matter is set for trial and the parties are bound to the provisions of the Order for Pretrial Conference. (Doc. 47).